|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr2684-CAB |
| Plaintiff, | ORDER ON JOINT MOTION RESOLVING THIRD PARTY PETITION OF NORMA MORENO AND JOHN MORENO WITH RESPECT TO ONE 2016 WHITE TOYOTA COROLLA, CA LICENSE NO. 7RCV147, VIN 5YFBURHE3GP430333 |
| v. | |
| MARCOS MORENO | |
| Defendant. | |
| NORMA MORENO, | |
| JOHN MORENO, | |
| Petitioners. | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

The Joint Motion between the parties, Norma Moreno, John Moreno and the United States of America, is approved. As the parties have agreed, this Order pertains to the following property which was forfeited by the defendant:

One 2016 White Toyota Corolla bearing California license plate No. 7RCV147, VIN: 5YFBURHE3GP430333 ("the vehicle").

1. Petitioner shall pay $1,145.42 in full satisfaction of the United States' interest in the forfeited vehicle no later than within 7 calendar days of the filing of this joint motion. The payment of $1,145.42 shall be in the form of a cashier's check made payable to the United States Customs and Border Protection. The cashier's check shall be tendered to United States Customs and Border Protection, Office of Fines, Penalties & Forfeitures, 9495 Customhouse Plaza, San Diego, California 92154.

2. The United States agrees to return the forfeited vehicle to Petitioner "as is", and as soon as the transfer can be arranged with the custodian of the vehicle, after entry of the order approving the joint motion is entered and payment is made as set forth above. Petitioners will be responsible for any additional storage costs for the storage of the forfeited vehicle incurred by the United States if Petitioners do not pick up the vehicle within 15 calendar days of the date of entry of the order approving this joint motion.

3. Upon entry of this Order, and receipt of the $1,145.42, the United States will submit a proposed Amended Order of Forfeiture reflecting the payment made and granting of the third party petition in accordance with the terms of this joint motion.

4. Petitioners, her/his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure, forfeiture, and return of the forfeited vehicle.

5. Each party shall bear its own costs and expenses of this action, including attorney's fees. All costs incurred by the United States incident to the seizure, custody and storage of the forfeited vehicle will be a first charge against the $1,145.42 payment and any excess costs incurred by the Government shall be borne by the United States except as provided in paragraph 2 above.

//

6. If Petitioners fail to make a timely payment of the $1,145.42 as set forth in paragraph 1 above, Petitioners agrees to entry of an ex parte order denying their petition and completing forfeiture of the forfeited vehicle to the United States.

DATED: June 2, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge